GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant U.S. Attorney
Arizona State Bar No. 029206
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: craig.russell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Andrew Scott,<br><br>    Defendant. | CR 22-02647-TUC-RM (LAB)<br><br>GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |

    The United States of America hereby gives notice that on March 7, 2023, the Bureau of Alcohol, Tobacco, Firearms, and Explosives administratively forfeited one Browning Machine Gun, model M2 rifle bearing serial number 429745, 999 rounds of 9mm caliber ammunition, and Browning M2 rifle part kits, which were included in the forfeiture allegation of the defendant's Indictment.

    Therefore, the government will not pursue the criminal forfeiture against the assets listed in this notice.

    DATED this 7th day of August, 2023.

                                        GARY M. RESTAINO
                                        United States Attorney
                                        District of Arizona


                                        *s/Craig H. Russell*
                                        CRAIG H. RUSSELL
                                        Assistant U.S. Attorney